IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ADRIENNE NORMAN; ANDRE GOSHEN; JAYDEN HERRING, a minor, b/n/f Alice Herring; and ALICE HERRING, individually | NO._____ |
| Plaintiffs, | JUDGE_____ |
| v. | MAGISTRATE JUDGE _____ |
| DERRICK OMAR JORDAN, and MT SELECT, LLC | JURY DEMAND |
| Defendants. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendant, MT Select, LLC ("MT Select"), by and through counsel, files this Notice of Removal of this action from the Circuit Court in Campbell County, Tennessee, where it is now pending, to the United States District Court for the Eastern District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000. The grounds for removal are as follows.

### Procedural Background

1. This action was commenced on or about August 14, 2023, by Plaintiffs' filing of the Complaint in the Campbell County Circuit Court in Campbell County, Tennessee, Docket No. 17690 (the "Complaint"). True and accurate copies of the pleadings served upon MT Select in this action are attached as Exhibit A.

2. The Complaint was served on MT Select on or about November 20, 2023. The Notice of Removal is being filed within thirty (30) days after service of the Complaint in the matter; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. Upon information and belief, the Complaint has not been served on the other defendant to this action, Derrick Omar Jordan. However, MT Select understands that Mr. Jordan consents to the removal of this action.

4. The Complaint contains allegations of negligence and negligent hiring, supervision, and training against MT Select arising from a car accident, alleging to have resulted in Plaintiffs incurring injuries and damages. Plaintiffs seek damages in the aggregate amount of $325,000 in their Complaint. Accordingly, the amount in controversy exceeds $75,000, such that this Court has jurisdiction over the matter.

5. According to the Complaint, Plaintiffs Adrienne Norman and Andre Goshen are citizens and resident of Loraine County, Ohio.

6. According to the Complaint, Plaintiffs Jayden Herring and Alice Herring are citizens and resident of Hillsborough County, Florida.

7. According to the Complaint, Defendant Derrick Omar Jordan is a citizen and resident of Fairfield County, South Carolina.

8. MT Select is a foreign limited liability company organized under the laws of the State of Delaware with its principal place of business in Alabama. Montgomery Transportation Group, Inc. is the sole member of MT Select, LLC and it is a foreign corporation organized under the laws of the State of Delaware with its principal place of business in Alabama.

9. The United States District Court for the Eastern District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy clearly exceeds $75,000 exclusive of interest and costs.

10. A copy of this Notice of Removal is being served via email on counsel for Plaintiffs, and a Notice of Filing of Notice of Removal is being filed with the Campbell County

Circuit Court in Campbell County, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as <u>Exhibit B</u>.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

11. MT Select demands a jury to try this case.

**WHEREFORE,** Defendant, MT Select, LLC, prays this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Campbell County Circuit Court in Jacksboro, Tennessee to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: /s/*Bradford D. Telfeyan*
Bradford D. Telfeyan, BPR No. 024744
Miles A. McDowell, BPR No. 039356
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366
btelfeyan@lewisthomas.com
mmcdowell@lewisthomason.com

*Attorneys for Defendant, MT Select LLC*

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing NOTICE OF REMOVAL has been served on the following counsel of record via United States mail service and electronic mail:

    G. Turner Howard, III, Esq.
    David F. Peeples, Esq.
    Law Offices of G. Turner Howard III and Associates
    P.O. Box 51904 (PID # 186340)
    5915 Casey Drive
    Knoxville, TN 37950-1904
    g3@g3helpme.com
    dfp@g3helpme.com

This the 19th day of December 2023.

                                      /s/*Bradford D. Telfeyan*